# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2014

### NO. 03-12-00758-CV

**Cenoplex, Inc., Appellant**

**v.**

**Scott Fox, Appellee**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the order granting appellee's special appearance signed by the trial court on October 30, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order but that there was error requiring correction. Therefore, the Court modifies the trial court's order to state that the dismissal of this case is without prejudice. The Court affirms the order as modified. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.